# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 663 |
| | : |
| REAPPOINTMENT TO THE DOMESTIC RELATIONS PROCEDURAL RULES COMMITTEE | : CIVIL PROCEDURAL RULES DOCKET : : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 23rd day of May, 2017, Walter J. McHugh, Esquire, Philadelphia, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing September 1, 2017.